448 A.2d 1148

Commonwealth v. Miller, Appellant.

Submitted March 31, 1982.  James Joseph Fritz, for appellant;  Edward F. Browne, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.